UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARCIA NORMANDE,  Case No. 01 Civ. 7441
(JSR) (THK)

                              Plaintiff,

      **NOTICE OF MOTION**

  -against-

ROBERT GRIPPO, SHERIN, SABEK,
INNOVATIVE IMPRINTING, INC.,
and INNOVATIVE MORE BALLS,

                             Defendants.

------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, dated January 24, 2005, and upon the prior affidavits and exhibits submitted in support of the defendant's motion for summary judgment and the prior Rule 56.1 Statement of Material Facts as to which there is no genuine issue to be tried, the defendant, Innovative Imprinting, Inc., will move pursuant to Local Rule 6.3 and Rule 56 of the Federal Rules of Civil Procedure before the Honorable Jed S. Rakoff at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on February 14, 2005 at 9:30 a.m., or as soon thereafter as counsel can be heard for reconsideration of its earlier motion for summary judgment and for an order awarding such other and further relief as the court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, answering papers, if any, must be served in accordance with the Court's Order of December 22, 2004, and faxed so that they are received

by the attorneys for the defendant no later than February 7, 2005.

Dated: White Plains, New York
January 24, 2005

Yours, etc.,

KURZMAN EISENBERG CORBIN
LEVER & GOODMAN, LLP

By:_____
   Fred D. Weinstein (FDW 5682)
   A Member of the Firm
   Attorneys for Defendants
   One North Broadway, 10th Floor
   White Plains, New York 10601
   (914) 285-9800

TO:   MARCIA NORMANDE, Pro Se
      Avenue Robert Kennedy
      2865-AP504
      Ponte Verde
      Maceio, AL 57035-160
      Brazil