UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARCIA B. NORMANDE,

                            Plaintiff,

    -against-

ROBERT GRIPPO, SHERIN, SABEK,
INNOVATIVE IMPRINTING, INC.
and INNOVATIVE MORE BALLS,

                          Defendants.
-----------------------------------------------------------X

Case No. 01 Civ. 7441 (JSR) (THK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                       ) ss.:
COUNTY OF WESTCHESTER  )

      I, Adelaide M. Maita, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Mahopac, New York. On January 24, 2005, I served the within Notice of Motion and Memorandum of Law in Support of Defendant's Motion for Reconsideration of Summary Judgment, via **FACSIMILE** at (831) 618-8105 and 011 44 (843) 280 2695 and via **AIR MAIL**, by depositing a true copy thereof addressed to the following person at the following address:

                            Marcia Normande, Pro Se
                      Avenue Robert Kennedy, Appt 504, 2865
                                Ponte Verde
                        Maceio, AL S7.035.160  Brazil

                                                                              _____
                                                                              ADELAIDE M. MAITA

Sworn to before me this
24th day of January, 2005.

_____
Notary Public

H:\20855\0000\CAT9027.WPD