```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
                                        :
MARCIA B. NORMANDE                      :
                                        :    01 Civ. 7441 (JSR)
            Plaintiff,                  :
                                        :         ORDER
      -v-                               :
                                        :
ROBERT GRIPPO, SHERIN SABEK,            :
INNOVATIVE IMPRINTING, INC., and        :
INNOVATIVE MORE BALLS,                  x
            Defendants.
---------------------------------------

JED S. RAKOFF, U.S.D.J.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08

On May 24, 2005 the Court issued an order placing this case on the Court's suspense docket, see court document number 55, pending the completion of the bankruptcy proceeding. Pursuant to that order, counsel for the sole remaining defendant, Innovative Imprinting, Inc., was directed to notify the Court in writing every six months, beginning on November 1, 2005, as to the status of the bankruptcy proceeding.

By letter dated August 15, 2005, addressed to the Court and copied to the plaintiff, counsel for Innovative Imprinting, Fred Weinstein, Esq., informed the Court that the bankruptcy trustee was discharged on June 14, 2005 and the bankruptcy case closed on June 20, 2005. Mr. Weinstein followed up the August 15th letter with a letter dated October 28, 2005, addressed to the Court and copied to the plaintiff, stating that there had been no change in the bankruptcy proceeding since the letter of August 15, 2005.

On March 20, 2008, the Court, by way of its Courtroom Deputy, spoke to Mr. Weinstein, who informed the Court that he has not had any communication with plaintiff since the two letters that he sent the Court. Having not heard anything from plaintiff, the Court infers that the plaintiff has abandoned this case, and, accordingly, the Court hereby dismisses this case without prejudice to the plaintiff notifying the Court in writing by no later than April 30, 2008 as to whether she intends to prosecute this case. A copy of this order will be mailed to both addresses that the Court has for the plaintiff, one in the United Kingdom and one in Brazil.

SO ORDERED.

                                                                                                             JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 27, 2008