```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
MARCIA B. NORMANDE,                  :
                                     :
               Plaintiff,            :    01 Civ. 7441(JSR)
                                     :
          -v-                        :    ORDER
                                     :
ROBERT GRIPPO, SHERIN SABEK,         :
INNOVATIVE IMPRINTING, INC., and     :
INNOVATIVE MORE BALLS,               :
                                     :
               Defendants.           :
------------------------------------ x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-30-08

JED S. RAKOFF, U.S.D.J.

    On March 27, 2008, the Court issued an order dismissing the above-captioned case without prejudice to plaintiff notifying the Court, in writing, by no later than April 30, 2008, that she intends to prosecute the action. The Court is in receipt of a letter from plaintiff, dated April 22, 2008, which indicates that she does in fact intend to prosecute this case. Therefore, the case is re-opened and re-referred to Magistrate Judge Katz, who is instructed to give it his expeditious attention.

    SO ORDERED.

                                                             JED S. ~~RAKOFF~~, U.S.D.J.

Dated: New York, New York
       April 29, 2008