```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
MARCIA B. NORMANDE,                      :
                                         :
            Plaintiff,                   :    01 Civ. 7441(JSR)
                                         :
        -v-                              :    ORDER
                                         :
ROBERT GRIPPO, SHERIN SABEK,             :
INNOVATIVE IMPRINTING, INC., and         :
INNOVATIVE MORE BALLS,                   :
                                         :
            Defendants.                  :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

In a joint telephone conference held by United States Magistrate Judge Theodore H. Katz on May 27, 2008, plaintiff consented to this case being dismissed with prejudice. The letter from Judge Katz memorializing the conference is attached as Exhibit A to this order. Pursuant to the attached, the case is hereby dismissed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08